In the Matter of the Estate of MARGARET LEUPP, Deceased. HANNAH SULLIVAN, Appellant; FIFTH AVENUE BANK OF NEW YORK et al., Respondents.

In the Matter of the Accounting of FIFTH AVENUE BANK OF NEW YORK, as Executor of MARGARET LEUPP, Deceased, Respondent.

JOHN L. LEE et al., Respondents; HANNAH SULLIVAN, Appellant.

Argued January 3, 1938; decided January 18, 1938.

*Alfred J. Talley* and *James A. Mc Kaigney* for appellant.

*Gerard T. Remsen* for Fifth Avenue Bank of New York, respondent.

*John E. Mack* for John L. Lee et al., respondents.

Orders affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.